**M.D. Leonard J. KLAY, et al., Plaintiffs, et al.,**

**Jeffrey Nordella, M.D., Plaintiff–Appellant,**

v.

**ALL DEFENDANTS, et al., Defendants,**

**Blue Cross and Blue Shield Of California, Wellpoint Health Networks, Inc., Defendants–Appellees.**

No. 08–12814.

United States Court of Appeals, Eleventh Circuit.

April 24, 2009.

Theresa J. Barta, Newport Beach, CA, for Plaintiff–Appellant.

Peter R. Bisio, Craig A. Hoover, Hogan & Hartson, L.L.P., Washington, DC, for Defendants–Appellees.

Before BIRCH, DUBINA and WILSON, Circuit Judges.

PER CURIAM:

Having reviewed the record and briefs of the parties and having heard oral argument by the parties, we AFFIRM the judgment of the district court based upon the well-reasoned Report and Recommendation of the magistrate judge, issued on 4 May 2006 and adopted by the district court on 21 August 2008.

AFFIRMED.